UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-60112-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.                                              CLERK'S NOTICE
                                                PLACING DEFENDANT IN
                                                FUGITIVE STATUS

JOSEPH A. SANFILIPPO

On October 23, 2020 an Indictment was returned for the above named defendant(s). This/These defendant(s) not having been arrested and 30 days having passed, this/these defendant(s) is/are hereby transferred to fugitive status.

Dated this 30th day of November, 2020 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

ANGELA E. NOBLE,
CLERK OF COURT

BY: /s/ KAREN A. CARLTON-DEANGELUS
DEPUTY CLERK