UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-60112-CR-WPD/SNOW

UNITED STATES OF AMERICA

v.

JOSEPH SANFILIPPO,

      **Defendant.**
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Information against the above-named defendant because an Indictment has been returned against him.

On August 11, 2020, Chief Judge K. Michael Moore issued a Sixth Order Concerning Jury Trials and Other Proceedings. *See* https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-53.pdf. That order continued all grand jury sessions until January 4, 2021. *Id.*, ¶14. On October 20, 2020, Chief Judge Moore issued a Seventh Order Concerning Jury Trials and Other Proceedings. *See* https://web.flsd. uscourts.gov/uploads/adminOrders/2020/2020-76.pdf. That order continued all grand jury sessions until November 16, 2020.

The suspension of the Grand Juries resulted in the inability of the United States to present this matter to the Grand Jury. Accordingly, because of concerns about the running of the statute of limitations on certain counts in this particular case, the government filed the instant Information on October 23, 2020, to "institute" the prosecution within the meaning of 18 U.S.C § 3282(a). *See United States v. Burdix-Dana*, 149 F.3d 741,743 (7th Cir. 1998). At the time of

the filing of the Information, the defendant did not have counsel and had not indicated that he would proceed by Information.

On January 14, 2021, a Grand Jury returned a true bill against defendant (*United States v. Joseph Sanfilippo*, Case No 21-60006-CR-ALTMAN/HUNT).   Therefore, the government seeks to dismiss the Information filed on October 23, 2020, in favor of the Indictment which was obtained within the time period designated in 18 U.S.C. §§ 3288-89.

Respectfully submitted,

*Thomas J. Mulvihill for*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal.

DATE: Feb. 26, 2021

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney (Laurence M. Bardfeld, AUSA)
U.S. Marshals Service
Chief Probation officer
Pretrial Services